Fill in this information to identify the case:

Debtor 1: **Paris J Cross**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Eastern** District of **MI**

Case number (If known): **19-42058-pjs**  Chapter **7**

Official Form 119

# Bankruptcy Petition Preparer's Notice, Declaration, and Signature    12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- ☒ whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- ☒ whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- ☒ whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- ☒ whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- ☒ what tax consequences may arise because a case is filed under the Bankruptcy Code;
- ☒ whether any tax claims may be discharged;
- ☒ whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- ☒ how to characterize the nature of your interests in property or your debts; or
- ☒ what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer **Yvonne Cross** has notified me of any maximum allowable fee before preparing any document for filing or accepting any fee.

**Paris Cross**
Signature of Debtor 1 acknowledging receipt of this notice

Date **02/15/2019**
MM / DD / YYYY

_____
Signature of Debtor 2 acknowledging receipt of this notice

Date _____
MM / DD / YYYY

Official Form 119      Bankruptcy Petition Preparer's Notice, Declaration, and Signature      page 1

Debtor 1 __Paris J Cross__  Case number (if known) __19-42058-pjs__
First Name   Middle Name   Last Name

## Part 2: Declaration and Signature of the Bankruptcy Petition Preparer

**Under penalty of perjury, I declare that:**

☒ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

☒ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

☒ if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

__Yvonne Cross__  __Guardian__  _____
Printed name        Title, if any        Firm name, if it applies

__144 E Boston Blvd__
Number   Street

__Detroit__  __MI__  __48202__  __(313) 221-4102__
City     State  ZIP Code  Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

☒ Voluntary Petition (Form 101)
☒ Statement About Your Social Security Numbers (Form 121)
☒ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
☒ Schedule A/B (Form 106A/B)
☒ Schedule C (Form 106C)
☒ Schedule D (Form 106D)
☒ Schedule E/F (Form 106E/F)
☒ Schedule G (Form 106G)
☒ Schedule H (Form 106H)

☒ Schedule I (Form 106I)
☒ Schedule J (Form 106J)
☒ Declaration About an Individual Debtor's Schedules (Form 106Dec)
☒ Statement of Financial Affairs (Form 107)
☐ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
☒ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
☒ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
☐ Chapter 7 Means Test Calculation (Form 122A-2)

☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
☐ Application to Pay Filing Fee in Installments (Form 103A)
☒ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
☒ A list of names and addresses of all creditors (creditor or mailing matrix)
☒ Other __Official Form 119__

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

__/s/ Yvonne Cross__   __3 7 6  7 6  7 5 0 6__   Date __02/15/2019__
Signature of bankruptcy petition preparer or officer, principal, responsible   Social Security number of person who signed   MM / DD / YYYY
person, or partner

__Yvonne Cross__
Printed name

_____   _____   Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible   Social Security number of person who signed   MM / DD / YYYY
person, or partner

Printed name