UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Paris J Cross

Case No. 19-42058-pjs
Chapter 7
Hon. Phillip J. Sheffer

_____ Debtor(s) _____/

## STATEMENT OF PETITION PREPARER
## PURSUANT TO F.R.BANKR.P. 2016(c)

The undersigned, pursuant to Fed.R.Bankr.P.2016(c) states that:

1. The undersigned is the petition preparer for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:

   A. For petition preparer services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid .................................... 0

   B. Prior to filing this statement, received .................................... 0

   C. The unpaid balance due and payable is .................................... 0

3. $ 0 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render the following services in the bankruptcy case, including:

   A. I am the debtor's legal Guardian.
   B. _____
   C. _____
   D. _____

5. The source of payments to the undersigned was from:

   A. ____ Debtor(s)' earnings, wages, compensation for services performed

   B. ____ Other (describe, including the identity of payor)

   N/A

Dated: 02/15/2019

_____
Bankruptcy Petition Preparer

Agreed: Paris Cross
Debtor                           Debtor